UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 13-65-ART |
| v. | ) | |
| | ) | |
| JASON M. ALLEN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Jason Allen moves to vacate his prison sentence under 28 U.S.C. § 2255. R. 127. This is the second time he has done so. *See* R. 108. The Court may not consider "second or successive" motions under Section 2255 unless the Sixth Circuit permits it to "as provided in Section 2244." 28 U.S.C. § 2255(h). That Section provides that "the applicant"—Allen— must ask "the appropriate court of appeals"—the Sixth Circuit—"for an order authorizing the district court to consider" his second or successive motion. 28 U.S.C. § 2244(b)(3)(A). Allen has not done that yet. Magistrate Judge Ingram therefore recommends transferring this case to the Sixth Circuit, where the statutes required Allen to send his petition to begin with. R. 129; *see In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997) ("[W]hen a second or successive . . . 2255 motion is filed in the district court without [Section 2244] authorization from this court, the district court shall transfer the document to this court pursuant to 28 U.S.C. § 1631."). Allen has not objected, and his time to do so has expired. R. 129 at 4.

Accordingly, it is **ORDERED** that Judge Ingram's Recommended Disposition, R. 129, is **ADOPTED** as the opinion of the Court.  This case is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

This the 9th day of February, 2017.

**Signed By:**

*Amul R. Thapar*

**United States District Judge**

2